## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Hankerson Jr., Tearges

Printed: 01/06/09

Case Number:  03 B 51850
Judge:  Wedoff, Eugene R
Filed:  12/29/03

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:      Completed: December 31, 2008
Confirmed: February 26, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 22,140.00 |  |
| Secured: |  | 9,398.84 |
| Unsecured: |  | 9,532.13 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,000.00 |
| Trustee Fee: |  | 1,209.03 |
| Other Funds: |  | 0.00 |
| Totals: | 22,140.00 | 22,140.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Schottler & Zukosky | Administrative | 2,000.00 | 2,000.00 |
| 2. | Chase Manhattan Mortgage Corp | Secured | 0.00 | 0.00 |
| 3. | FCI National Fund II | Secured | 0.00 | 0.00 |
| 4. | Chase Manhattan Mortgage Corp | Secured | 1,979.82 | 76.61 |
| 5. | FCI National Fund II | Secured | 9,322.23 | 9,322.23 |
| 6. | ECast Settlement Corp | Unsecured | 608.37 | 1,009.95 |
| 7. | Cardinal Community Credit Union | Unsecured | 236.49 | 392.41 |
| 8. | Municipal Collection Services | Unsecured | 25.00 | 41.49 |
| 9. | Resurgent Capital Services | Unsecured | 721.21 | 1,197.22 |
| 10. | Max Recovery Inc | Unsecured | 573.89 | 952.67 |
| 11. | Resurgent Capital Services | Unsecured | 266.34 | 442.16 |
| 12. | Chase Cardmember Services | Unsecured | 88.93 | 147.62 |
| 13. | RoundUp Funding LLC | Unsecured | 714.03 | 1,185.31 |
| 14. | Max Recovery Inc | Unsecured | 254.31 | 422.16 |
| 15. | Resurgent Capital Services | Unsecured | 858.13 | 1,424.40 |
| 16. | Resurgent Capital Services | Unsecured | 376.16 | 624.48 |
| 17. | Resurgent Capital Services | Unsecured | 500.50 | 830.88 |
| 18. | ECast Settlement Corp | Unsecured | 73.53 | 122.03 |
| 19. | People's Bank | Unsecured | 226.80 | 376.52 |
| 20. | Capital One | Unsecured | 137.91 | 228.96 |
| 21. | Capital One | Unsecured | 80.67 | 133.87 |
| 22. | Schottler & Zukosky | Priority | | No Claim Filed |
| 23. | Syms | Unsecured | | No Claim Filed |
| 24. | Amoco Oil Company | Unsecured | | No Claim Filed |
| 25. | First National Bank | Unsecured | | No Claim Filed |
| 26. | Household Bank (SB) N A | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Hankerson Jr., Tearges

Printed: 01/06/09

Case Number:  03 B 51850
Judge:  Wedoff, Eugene R
Filed:  12/29/03

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | Household Retail Services | Unsecured | | No Claim Filed |
| 28. | G E Lighting/ G E Co | Unsecured | | No Claim Filed |
| 29. | Village of Riverdale | Unsecured | | No Claim Filed |
| 30. | American Airlines | Unsecured | | No Claim Filed |
| 31. | Sherman Acquisition | Unsecured | | No Claim Filed |
| | | | $ 19,044.32 | $ 20,930.97 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 7% | 100.52 |
| 4% | 59.03 |
| 6.5% | 188.19 |
| 3% | 33.21 |
| 5.5% | 182.66 |
| 5% | 55.35 |
| 4.8% | 104.18 |
| 5.4% | 393.02 |
| 6.6% | 92.87 |
| | $ 1,209.03 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

